UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JASPER BELL  
106 CO RD 2  
HAYNEVILLE, AL 36040

CASE NO: 16-30209-DHW

Soc. Sec. No. XXX-XX-4500  
Debtor.

**AMENDED  
INCOME WITHHOLDING ORDER**

TO: AMBASSADOR PERSONNEL  
ATTN PAYROLL  
P O BOX 2057  
THOMASVILLE, GA 31799

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AMBASSADOR PERSONNEL withhold from the wages, earnings, or other income of this debtor the sum of **$218.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE  
16-30209-DHW JASPER BELL  
P O BOX 613108  
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, March 11, 2016 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge